**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CRAYTONIA BADGER,
ADC #162710**                                                   **PLAINTIFF**

**V.**                 **CASE NO. 4:16-CV-00621 KGB/BD**

**WENDY KELLY, et al.**                                                   **DEFENDANTS**

## ORDER

Plaintiff Craytonia Badger filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) For screening purposes, he has stated constitutional claims against Defendants Kelly, Cashion, Shippman, Foote, Bassett, Meadows, Lumbnax, Jackson, Taylor, and Brooks.[1] Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for Defendants Kelly, Cashion, Shippman, Foote, Bassett, Meadows, Lumbnax, Jackson, Taylor, and Brooks. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2), and a summons for the Defendants without requiring prepayment of fees and costs or security. Service for the Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

---

[1] Mr. Badger voluntarily dismissed Defendants Mullins, Middleton, and Benson in his amended complaint. (#7) Likewise, he voluntarily dismissed his claim against Defendant McGruely. (#7) Accordingly, the Clerk of the Court is directed to dismiss Defendants Mullins, Middleton, Benson and McGruely.

IT IS SO ORDERED this 26th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE