# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CRAYTONIA BADGER,**
**ADC #162710**                                                                                          **PLAINTIFF**

V.                                    CASE NO. 4:16-CV-00621 KGB/BD

**WENDY KELLY, et al.**                                                                              **DEFENDANTS**

## ORDER

Plaintiff Craytonia Badger has moved to dismiss Defendant Taylor because he has been unable to locate him. (#46)  The motion (#46) is GRANTED.

Mr. Badger's claims against Defendant Taylor are DISMISSED, without prejudice.  The Clerk of the Court is directed to terminate Defendant Taylor as a party Defendant.

IT IS SO ORDERED this 9th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE