# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CRAYTONIA BADGER,**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #162710**

v.　　　　　　　　　Case No. 4:16-cv-00621-KGB-BD

**WENDY KELLEY,** *et al*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 118). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 118). Therefore, the Court grants defendants' motions for summary judgment (Dkt. Nos. 99, 100) and dismisses with prejudice plaintiff Craytonia Badger's complaint and amended complaint (Dkt. Nos. 2, 7).

It is so ordered this 26th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　United States District Judge