IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAYTONIA BADGER,**                              **PLAINTIFF**
**ADC #162710**

v.                    **Case No. 4:16-cv-00621-KGB-BD**

**WENDY KELLEY,** *et al*                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Craytonia Badger's complaint and amended complaint are dismissed with prejudice.

It is so adjudged this 26th day of August, 2019.

                                                         Kristine G. Baker
                                                         United States District Judge